UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MELANIE LIVERPOOL - TURNER, Individually
and on Behalf of All Other Persons Similarly
Situated,

                              Plaintiffs,

          -against-

EN-CARE, INC.                                06cv3002 (MGC)

                              Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss all claims asserted in the above-captioned action. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party

Dated: December 3, 2007

**LOCKS LAW FIRM PLLC**

By: /s/ Fran L. Rudich
    Fran L. Rudich (FR 7577)
    Attorneys for Plaintiff
    110 East 55th Street, 12th Floor
    New York, New York 10022
    (212) 838-3333
            -and-

**BERGER & GOTTLIEB**
Jeffrey M. Gottlieb (JG 7905)
150 East 18th Street, Suite PHR
New York, New York 100003
(212) 228-9795

Case closed.
So ordered.
S/
United States District Judge
December 5, 2007